# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriela Bravo Carrera, | No.  CV 26-03127-PHX-SHR (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| Merrick B. Garland, et al., | |
| Respondents. | |

Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition") challenging her immigration detention (Doc. 1), and, subsequently, an amended petition (Doc. 4).  Petitioner has also filed a Motion for Temporary Restraining Order.   (Doc. 2.)   The filings indicate Petitioner is detained at the Diamondback Correctional Facility in Watonga, Oklahoma.

A prisoner seeking a writ of habeas corpus pursuant to § 2241 must file the petition in the court having jurisdiction over his or her custodian.  *Capaldi v. Pontesso*, 135 F.3d 1122, 1123 (6th Cir. 1998); *see also Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024) ("[W]e affirm the application of the…district of confinement rule[] to core habeas petitions filed pursuant to 28 U.S.C. § 2241, including those filed by immigrant detainees.").  Here, because Petitioner is currently incarcerated at a detention facility within the Western District of Oklahoma and was so detained at the time this action was opened, jurisdiction would lie within that district.

Pursuant to 28 U.S.C. § 1406(a), the Court "of a district in which is filed a case

laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." The decision to transfer under section 1404(a) lies within the discretion of the district court and is to be determined upon notions of convenience and fairness on a case-by-case basis. *Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988). In the interest of justice and convenience, this Court will transfer this case to the United States District Court for the Western District of Oklahoma.

Accordingly,

**IT IS ORDERED** the Clerk of Court must transfer this action to the United States District Court for the Western District of Oklahoma.

Dated this 29th day of May, 2026.

Honorable Scott H. Rash
United States District Judge

- 2 -